Report and Order Terminating Probation

Supervised

Prior to Original Expiration Date

2014 DEC -9 A 11: 27

CLER

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

UNITED STATES OF AMERICA

      V.                                 1:01CR00012-001

TED DANIEL ELAM, JR.

On November 10, 2011, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Ted Daniel Elam, Jr., be discharged from supervised release.

               Respectfully submitted,

               Christopher A. Doughtie, Sr.
               United States Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this ___8th___ day of ___December___, 2014.

               Dudley H. Bowen, Jr.
               United States District Judge